UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MISC. CASE NO.: 9:22-mc-82004-DMM

RICHARD J. LEUNG, MD,

       Petitioner,

v.

DANE STREET, LLC,

       Respondent.

_____

RICHARD J. LEUNG, MD,

       Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA; and DOES 1 through 10,
inclusive,

       Defendants.

_____

Related CASE NO.: 3:22-cv-00767-W-JLB
(Southern District of California)

**THIRD-PARTY, DANE STREET, LLC'S, UNOPPOSED
MOTION TO REQUEST ALTERNATIVE HEARING DATE**

      Third-Party/Respondent, Dane Street, LLC ("Dane Street"), by and through its undersigned counsel, hereby moves unopposed to request an alternative date for the hearing in this matter currently scheduled for January 27, 2023. In support of this Unopposed Motion, Dane Street states as follows:

      1.     Plaintiff commenced this ancillary discovery-related proceeding on December 30, 2022. [ECF No. 1].

      2.     On January 12, 2023, Dane Street filed its Combined (1) Response in Opposition to Plaintiff's Motion to Compel Compliance With Subpoena and Motion to Transfer Jurisdiction

(the "Response"), and (2) Motion to Quash Plaintiff's Subpoena for Deposition and/or for Protective Order (the "Motion to Quash and/or for Protective Order"). [ECF No. 11].

3.      On January 19, 2023, this Court entered a Notice of Hearing scheduling this case for a videoconference hearing on January 27, 2023.

4.      Lead counsel for Dane Street, however, has an unavoidable conflict on the date scheduled for the hearing, which cannot be adjusted at this time.

5.      Accordingly, Dane Street hereby moves unopposed to request an alternative date for the hearing currently scheduled for January 27, 2023.

6.      On January 20, 2023, counsel for Dane Street conferred with Plaintiff's counsel, who confirmed that Plaintiff does not oppose the relief requested in this Unopposed Motion.

7.      In addition, the Parties hereby propose that they are available for the hearing in this matter on either January 30, 2023, or February 3, 2023.

8.      Based on the foregoing, Defendant maintains that it has set forth sufficient cause in support of its request for an alternative hearing date.

9.      This Unopposed Motion is made in good faith and not for the purpose of delay. Moreover, neither Party will be prejudiced by the Court's granting of this Unopposed Motion.

10.     A proposed order granting this Unopposed Motion is attached.

## CERTIFICATE OF CONFERRAL

In compliance with Local Rule 7.1(a)(3), counsel for Dane Street conferred with Plaintiff's counsel by email on January 20, 2023, who confirmed that Plaintiff does not oppose the request for alternative hearing date set forth in this Unopposed Motion. Additionally, Plaintiff provided alternative dates to reschedule the hearing for this matter. Counsel for Dane Street also conferred with counsel for Defendant, Unum, by email on January 23, 2023, who

MISC. CASE NO.: 9:22-mc-82004-DMM

confirmed that Defendant is not opposed to the relief requested in this Unopposed Motion.

WHEREFORE, Dane Street respectfully requests that the Court enter an Order granting this Unopposed Motion and re-noticing the hearing for this matter on either January 30, 2023, or February 3, 2023.

Dated:  January 23, 2023                    Respectfully submitted,

By:  *s/ Scott S. Allen*
Scott S. Allen, Esq.
Florida Bar No. 143278
Email:  *scott.allen@jacksonlewis.com*
Jason A. Anon, Esq.
Florida Bar No. 1017727
E-mail:  *jason.anon@jacksonlewis.com*
JACKSON LEWIS P.C.
Two South Biscayne Boulevard, Suite 3500
Miami, Florida 33131
Telephone:  (305) 577-7600

*Attorneys for Third-Party, Dane Street, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Scott S. Allen*
Scott S. Allen, Esq.

MISC. CASE NO.: 9:22-mc-82004-DMM

### SERVICE LIST

Seth Miles, Esq.
Florida Bar No. 385530
Email: *seth@bucknermiles.com*
Brett E. Von Borke, Esq.
Florida Bar No. 44802
Email: *vonborke@bucknermiles.com*
BUCKNER+MILES
2020 Salzedo Street, Suite 302
Coral Gables, Florida 33134
Telephone: (786) 523-0483

Michael B. Horrow, Esq., *pro hac vice*
California Bar No. 162917
Email: *mhorrow@donahuehorrow.com*
Nichole D. Podgurski, Esq., *pro hac vice*
California Bar No. 251240
Email: *npodgurski@donahuehorrow.com*
DONAHUE & HORROW, LLP
1960 East Grand Avenue, Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300

*Attorneys for Plaintiff*

Scott S. Allen, Esq. (Fla. Bar No. 143278)
Email: *scott.allen@jacksonlewis.com*
Jason A. Anon, Esq. (Fla. Bar No. 1017727)
E-mail: *jason.anon@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Attorneys for Third-Party, Dane Street, LLC*

Daniel W. Maguire, Esq.
California Bar No. 120002
Email: *dmaguire@bwslaw.com*
Michael B. Bernacchi, Esq.
California Bar No. 163657
Email: *mbernacchi@bwslaw.com*
Keiko J. Kojima, Esq.
California Bar No. 206595
Email: *kkojima@bwslaw.com*
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071
Telephone: (213) 236-0600

*Attorneys for Defendant, Unum Life Insurance Company of America*

4878-1068-5772, v. 1

4